UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REED, ET AL., <br>        Plaintiff, <br><br> v. <br><br> A.S.A.P. COLLECTION SERVICES, LLC, et al., <br><br>        Defendant. | Case No. 16-cv-06983-VC <br><br> **ORDER OF DISMISSAL** |

      The Court has been advised by the Minute Order filed on September 14, 2018 that the parties have resolved this case by way of settlement conference with Magistrate Judge Jacqueline Scott Corley. (Re: Dkt. No. 83). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings are vacated. Any pending motions are moot.

      The parties retain the right to reopen this action within 90 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 90 days, the dismissal will be with prejudice.

      **IT IS SO ORDERED.**

Dated: September 17, 2018

_____
VINCE CHHABRIA
United States District Judge